# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

PAO TMK,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

Court No. 21-00531

## ORDER

Upon consideration of Plaintiff's Consent Motion to Stay Proceedings, and all other papers and proceedings, it is hereby

ORDERED, that Plaintiff's Consent Motion to Stay Proceedings is GRANTED;

ORDERED, that the above-captioned action is STAYED until 75 days after the final disposition in the action *PAO TMK, v. United States* (Court No. 21-00532), including all subsequent remands to the agency; and it is further

ORDERED, that the parties to the above-captioned action shall confer and submit a Joint Status Report and briefing schedule and/or state their positions as to how to proceed with this action no later than the date on which this stay dissolves.

SO ORDERED.

Dated:   December 29, 2021  
       New York, New York

    /s/ Timothy M. Reif
    Honorable Timothy M. Reif, Judge