**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| PAO TMK, | ) |
| *Plaintiff*, | ) |
| v. | ) Court No. 21-00531 |
| UNITED STATES OF AMERICA, | ) |
| *Defendant*, | ) |

**STIPULATION OF DISMISSAL**

  PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismiss this action and those listed on the attached schedule.

Dated:  January 8, 2025          /s/ Weronika Bukowski

                  Daniel Cannistra
                  Weronika Bukowski
                  CROWELL & MORING LLP
                  1001 Pennsylvania Avenue, N.W.
                  Washington, DC  20004
                  Tel: (202) 624-2902
                  Fax: (202) 628-5116
                  Email: dcannistra@crowell.com

                  Attorneys for Plaintiff

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
| OF COUNSEL:<br><br>IAN ANDREW MCINERNEY<br>Office of Chief Counsel for Trade<br>Enforcement & Compliance<br>U.S. Department of Commerce | /s/ Augustus Golden<br>AUGUSTUS GOLDEN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 305-5915<br>Facsimile:   (202) 307-0972<br>Augustus.J.Golden@usdoj.gov<br><br>Attorneys for Defendant United States |

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 21-531 | PAO TMK |
| 21-534 | PAO TMK |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                                Clerk, U. S. Court of International Trade

                                                By: _____

                                                             Deputy Clerk